## THE PEOPLE *v*. VICK.

The Supreme Court has no jurisdiction of a criminal case not amounting to a felony.

WRIT OF ERROR AND CERTIORARI, from the Court of Sessions in Sutter county.

The defendant was convicted in the Court below of the crime of petit larceny and fined the sum of three hundred dollars, from which judgment he sued out first a writ of error, and second, a writ of *certiorari.*

*Aud & Wilkins* for Petitioner.

*W. T. Wallace, Attorney-General,* Contra.

MURRAY, C. J., delivered the opinion of the Court—BURNETT, J., concurring.

This is an appeal from a conviction for petit larceny. This Court has no jurisdiction in criminal cases, where the offense is of a lesser grade than felony. See People *v.* Applegate, 5 Cal. R.

Appeal dismissed.